**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONTEREY BAY AIR RESOURCES DISTRICT, et al., <br><br> Defendants. | Case No. 18-cv-00830-BLF <br><br> **ORDER TERMINATING MOTION TO DISMISS COUNTERCLAIM AS MOOT; AND VACATING HEARING** <br><br> [Re: ECF 19] |
| MONTEREY BAY AIR RESOURCES DISTRICT, <br><br> Counter-Claimant, <br><br> v. <br><br> ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Counter-Defendant | |

The Motion to Dismiss the Third, Fourth, and Fifth Claims for Relief of the Counterclaim, which is set for hearing on September 27, 2018, is hereby TERMINATED AS MOOT in light of the filing of the Amended Counterclaim. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: May 23, 2018

_____
BETH LABSON FREEMAN
United States District Judge